Entered on Docket
April 19, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 16, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

Donna T. Parkinson
State Bar Number 125574
Thomas R. Phinney
State Bar Number 159435
**PARKINSON PHINNEY**
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:  (916) 449-1444
Facsimile:  (916) 449-1440
E-Mail:
donna@parkinsonphinney.com

Attorneys for
Zions First National Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re ) Case No.: 3:10-bk-30773-TEC-13IN
)
MOHANDER SINGH REKHI, ) RS #: PP1
)
    Debtor. )
)
Tax I.D. No. XXX-XX-8796 )
)

### ORDER AUTHORIZING ZIONS FIRST NATIONAL BANK TO FILE EX PARTE MOTION TO ANNUL THE AUTOMATIC STAY

Having considered the Application for Order Authorizing Zions First National Bank ("Zions") to File Ex Parte Motion to Annul the Automatic Stay filed by Parkinson Phinney, counsel ("Counsel") for Zions for the instant bankruptcy case of Mohander Singh Rekhi (the "Debtor"), relating to Zions request for an order annulling the automatic stay;

**IT IS ORDERED** that the application for order authorizing Zions to file and ex parte motion is granted. Notice of the Motion shall be served on the debtor, the chapter 13 trustee and the United States Trustee on March 19, 2010. Any opposition to the Motion shall be filed and served within five days after service of the Motion. In the absence of opposition to the Motion, the matter may be determined without a hearing.

{8515\13377\TB\A0112822.DOC}

1

**END OF ORDER**

{8515\13377\TB\A0112822.DOC}

2